<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-6509**

———————

JOSEPH SAMUEL REVELS,

Plaintiff - Appellant,

versus

J. D. ERVIN, Chief and others; POCOMOKE CITY
FIRE AND RESCUE DEPARTMENT; MICHAEL THORNTON,
Chief, Pocomoke City Fire and Rescue
Department; AMBULANCE PERSONNEL AND OTHERS;
SERGEANT TOWNSEND; RALPH CORBIN, Officer;
DAMON PROPST, Officer; WORCESTER COUNTY
DETENTION CENTER, Warden and others,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. William M. Nickerson, Senior District
Judge. (CA-02-3320-01-WMN)

———————

Submitted: June 12, 2003            Decided: June 18, 2003

———————

Before WIDENER, LUTTIG, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Joseph Samuel Revels, Appellant Pro Se. Kevin Bock Karpinski,
ALLEN, KARPINSKI, BRYANT & KARP, Baltimore, Maryland, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joseph Samuel Revels appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Revels' motion for the production of tape recordings, interviews, and medical records, and we affirm on the reasoning of the district court. See Revels v. Ervin, No. CA-02-3320-01-WMN (D. Md. Feb. 13, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED